**EXHIBIT 2:** INFRINGEMENT #1

URL: https://www.facebook.com/watch/?v=707070060733972

